3:25-cv-00595-RAH-SMD

Justin Garrett #59601-509
Federal Inmate
USP Big Sandy

RECEIVED
2025 AUG 26 A 10: 28
TREY GRANGER, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

IM WRiting To see whats Going
ON With My case I was appointed
a lawyer and My Appeal was
Granted But i Recived A Letter
That my Lawyer was withdrew
from My Case Due to Merits well
I filed appeal again like the Courts
Told me to And Still Havent Gotten
a Response. I Have Good merits On
my case newly descoverd evidence
and My Attorney whom I paid lied
To me About the Time And plea
That I was Reciving My attorney
Never Showed the Courts that
the guy who told on me that
He got Drugs from me lied I Have
A Recordings On the Jail wall phone
WHere He Clearly Stated that He
Never Bought Drugs from Me and
THey Told Him to Say that plus My
lawyer Told me To Plea out And

I would Get 12 to 15 yrs and that I would get the middle of the Adversory Guideline and I Ended up with 17yrs they went outside the Guide line Range on me plus They said the new laws That they cant Use Hearsay and my Co-Defendent was and is a convicted felon He would Say anything to get A Lesser Sentence I Am Quite Sure you cant use a convicted felon Word. So please Assign me a New attorney So that I could get Help and they are changin the Guiedline on Meth and I fall in line for that I need Some Help plz And Since Ive Been In Prison Ive Gotten My GED, CDL;S Ive Taken All Kinds of Classes I Also Teach Classes now K-2 Adwareness Health class and Im Showin Im Trying TO BetTEr Myself My GoD Bless you and your family Judge Stephen Doyle. I Have to Little Girls that Really needs me plz Have a Heart and Help Me Thank you.