# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA
### EASTERN DIVISION

| | | |
|---|---|---|
| JUSTIN GARRETT, | ) | |
| REG. NO. 59601-509, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | CASE NO. 3:25-CV-595-RAH-SMD |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Respondent. | ) | |

## ORDER

Before the Court is Petitioner's Motion for Extension of Time to File a Reply to the Government's Reply. Doc. 11. Because the Court's Order of January 20, 2026 (Doc. 8) did not require Petitioner to reply to the Government's response to his § 2255 motion or impose a deadline for doing so, the Court construes Petitioner's filing as a motion seeking leave to file a reply. Upon consideration of the motion, it is ORDERED that the motion is GRANTED and that Petitioner may file a reply by **June 15, 2026**.

It is further ORDERED that, by **May 5, 2026,** Attorney Mark Shelnutt must show cause for his failure to obey the Court's order to file an affidavit addressing Petitioner's claims of ineffective assistance of counsel in the § 2255 motion. *See* Doc. 8.

DONE this 21st day of April, 2026.

/s/ Stephen M. Doyle
STEPHEN M. DOYLE
CHIEF UNITED STATES MAGISTRATE JUDGE