**IN THE UNITED STATES DISTRICT COURT FOR THE**

**MIDDLE DISTRICT OF ALABAMA**

**EASTERN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| **vs.** | : | **Case No: 3:25-cv-00595-RAH-SMD** |
| | : | |
| **JUSTIN GARRETT,** | : | |
| | : | |
| **Defendant** | : | |

## RESPONSE TO COURT'S SHOW CAUSE ORDER

COMES NOW J. Mark Shelnutt, counsel for Petitioner in his underlying case and shows as follows:

1. Counsel received notice to file an Affidavit in the Motion Under 28 U.S.C. 2255 to Vacate, Set Aside or Correct Sentence By Person in Federal Custody.

2. Counsel timely filed an affidavit on February 2, 2026, Doc. No. 13, but it was filed under Case Number 3:24-cv-00242-RAH-SMD.

3. Counsel did not realize there were different case numbers as there had only been one case Counsel was involved in.

4. Counsel apologizes for filing the affidavit under the wrong case number.

5. Counsel will file the affidavit under the correct Case Number, 3:25-cv-00595-RAH-SMD, as Ordered.

1

Respectfully submitted this 5th day of May, 2026.

Respectfully submitted,

The Law Office of J. Mark Shelnutt
Attorneys for Defendant

By:    _s/J. Mark Shelnutt_

J. Mark Shelnutt
GA State Bar No.: 004020

The Law Offices of J. Mark Shelnutt and
William J. Kendrick, II
233 12th Street, Suite 600
P.O. Box 469
Columbus, Georgia 31902-1437
Tel: 706.324.4343
Fax: 706.221.5408
Email:  legalsecretary@shelnuttlaw.com; jms@shelnuttlaw.com

**IN THE UNITED STATES DISTRICT COURT FOR THE**

**MIDDLE DISTRICT OF ALABAMA**

**EASTERN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | **:** | |
| | **:** | |
| **vs.** | **:** | **Case No: 3:25-cv-00595-RAH-SMD** |
| | **:** | |
| **JUSTIN GARRETT,** | **:** | |
| | **:** | |
| **Defendant** | **:** | |

## <u>CERTIFICATE OF SERVICE</u>

I, J. Mark Shelnutt, hereby certify that on May 5, 2026, I caused the forgoing to be electronically filed with the Clerk of Court using the CM/ECF system which will send notification of such to all counsel of record.

Respectfully submitted,

The Law Office of J. Mark Shelnutt
Attorneys for Defendant

By:    *s/J. Mark Shelnutt*
           J. Mark Shelnutt
           GA State Bar No.: 004020

The Law Offices of J. Mark Shelnutt and
William J. Kendrick, II
233 12th Street, Suite 600
Columbus, Georgia 31902-1437
Tel: 706.324.4343
Fax: 706.221.5408
Email:  legalsecretary@shelnuttlaw.com; jms@shelnuttlaw.com

3